UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELEANOR M. TORTOSO,

    Plaintiff,

v.                                                       Case No: 8:14-cv-508-T-36MAP

COMMERCIAL RECOVERY SYSTEMS,
INC. and DOE 1-5,

    Defendants.
_____/

## O R D E R

This cause comes before the Court on Plaintiff's Notice of Defendant Commercial Recovery Systems, Inc.'s Suggestion of Bankruptcy (Doc. No. 9), which states that Defendant filed a petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Northern District of Texas, Dallas Division, Case No. 13-42788.  Accordingly, it is **ORDERED AND ADJUDGED** that:

    (1)    Pursuant to the provisions of 11 U.S.C. § 362, this case is automatically **STAYED**.

    (2)    The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case.

    (3)    Plaintiff may reinstate this case to active status upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those proceedings; if this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case.

    (4)    Defendant is directed to file and serve, on or before **February 26, 2015**, and every six months thereafter, a status report regarding its bankruptcy proceedings.

**DONE AND ORDERED** in Tampa, Florida on August 26, 2014.

                                                    Charlene Edwards Honeywell
                                                    United States District Judge

Copies to:
All Parties and Counsel of Record