UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ELEANOR TORTOSO, | § |
| | § |
| Plaintiff, | § Civil Action No. 8:14-cv-00508-SDM-MAP |
| v. | § |
| | § |
| COMMERICAL RECOVERY SYSTEMS, INC; and DOE 1-5 | § |
| | § |
| Defendants. | § |

### NOTICE OF STATE OF BANKRUPTCY PROCEEDING OF DEFENDANT COMMERCIAL RECOVERY SYSTEMS, INC.

Plaintiff ELEANOR TORTOSO, (hereinafter "Plaintiff") by and through undersigned counsel, hereby gives Notice of State of Bankruptcy Proceeding of Defendant Commercial Recovery Systems, Inc. (hereinafter "Defendant"), and states:

Trustee of Commercial Recovery Systems, Inc. named Linda S. Payne advised that it is still an open case and they are still trying to collect assets.

Dated: November 17, 2016       /s/ Megan M. Lyons
                               MEGAN M. LYONS
                               Attorney for Plaintiff ELEANOR M. TORTOSO
                               Lyons Law (Of counsel for Centennial Law Offices)
                               2014 East Robinson Street
                               Orlando, Florida 32803
                               407-476-3437
                               info@fiercerepresentation.com

## **CERTIFICATE OF SERVICE**

I certify that on this date, November 17, 2016, I caused a copy of the foregoing to be mailed First Class US Mail, to the following party:

Robert F. Kemp, Esq.
4145 Travis Street
Suite 201
Dallas, Texas 75204

        /s/ Megan M. Lyons
        MEGAN M. LYONS
        Attorney for Plaintiff ELEANOR M. TORTOSO
        Lyons Law (Of counsel for Centennial Law Offices)
        2014 East Robinson Street
        Orlando, Florida 32803
        407-476-3437
        info@fiercerepresentation.com